# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISE LEMELAND JESSUP, individually
and as the Administratrix of the
Estate of PATRICK C. JESSUP,

   Plaintiff,

 v.

CONTINENTAL MOTORS, INC., et al.,

   Defendants.

CIVIL ACTION

NO. 12-cv-4439

## ORDER

AND NOW, this 22ND day of January, 2013, upon consideration of the Service's Motion to Dismiss (ECF No. 36), the Teledyne Defendants' Response (ECF No. 40), the Plaintiff's Response (ECF No. 44), and the parties' additional briefing on the effect, if any, of the recent amendments to 28 U.S.C. § 1441(c) (ECF Nos. 43, 48, and 49), it is hereby ORDERED that the Motion (ECF No. 36) is GRANTED.  The claims against the Service are DISMISSED.  This matter is hereby REMANDED to the Court of Common Pleas of Philadelphia County.  The remaining pending motion, the Teledyne Defendants' Motion for Leave to File an Amended Third-Party Complaint (ECF No. 41), is DENIED WITHOUT PREJUDICE to its renewal in state court on remand.

          BY THE COURT:

          S/J. CURTIS JOYNER
          J. CURTIS JOYNER,  C.J.